994 A.2d 1095

**In re PRIVATE ROAD IN SPEERS BORO, II, Washington County.**

**Petition of Eddie McGavitt and Cheryl McGavitt.**

Supreme Court of Pennsylvania.

May 27, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of May 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

1.  Whether or not a Board of View appointed pursuant to the [Act], 36 P.S. § 2731 et seq., must consider water access to determine whether or not a Private Road is necessary?

2.  Whether or not under the aforesaid [Act] water access equates to land access?

3.  Whether or not the Commonwealth Court exercised the proper standard and/or scope of review?